# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 226 |
| | : | |
| APPOINTMENT TO THE PENNSYLVANIA | : | DISCIPLINARY RULES DOCKET |
| INTEREST ON LAWYERS TRUST | : | |
| ACCOUNT BOARD | : | |

## ORDER

**PER CURIAM**

AND NOW, this 8th day of July, 2022, Sharon R. Lopez, Esquire, Lancaster County, is hereby appointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing September 1, 2022.